

When Recorded Return To:
HSBC Mortgage Services, Inc.
Attn: Legal Entity Review
PO Box 1422
Brandon; FL 33509-9900



OPR BK 12231 PGS 114 - 114 02/24/2016 10:02.55 AM
INSTR # 2016003789    # OF PAGES    1
ATTEST:    BEVERLY BUSTIN-HATHEWAY
REGISTER OF DEEDS    KENNEBEC COUNTY ME

# Quitclaim Assignment

MIN: 100200100041129317
SIS # 1-888-679-6377                                    Loan #

WHEREAS, Regions Bank is identified as the "Lender" on a certain mortgage executed by Alton R Halle A/K/A Alton R Hallee and Marion B Gidney and bearing the document date of 12/02/2003 and recorded on 12/17/2003 in the Office of the Recorder of Kennebec County, State of Maine, in Book 7772 at Page 037 and Instrument No. 044670 (hereinafter the "Mortgage");

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of Regions Bank "its successors and assigns" and upon recording of the Mortgage, became the mortgagee of record;

WHEREAS, Regions Bank wishes to convey and assign any and all rights it may have under the Mortgage to Household Finance Corporation II and;

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, Regions Bank hereby assigns and quit claims to Household Finance Corporation II all of its rights, title and interests (whatever they may be, if any) in the Mortgage to Household Finance Corporation II.

Regions Bank

Name: LEAH KING
Title: ASSISTANT VICE PRESIDENT

STATE OF MISSISSIPPI
COUNTY OF FORREST

Personally appeared before me, the undersigned authority in and for the said county and state, on this 17th day of February, 2016, within my jurisdiction, the within named Leah King, who acknowledged that she is Assistant Vice President of Regions Bank, a corporation, and that for and on behalf of the said corporation, and its act and deed she executed the above and foregoing instrument after first having been duly authorized by said corporation so to do.

WITNESS my hand and official seal;

Notary Signature
My Commission Expires: June 13, 2017

