

OPR BK 12231 PGS 115 - 115 02/24/2016 10:02:56 AM
INSTR # 2016003790        # OF PAGES    1
ATTEST:    BEVERLY BUSTIN-HATHEWAY
REGISTER OF DEEDS        KENNEBEC COUNTY, ME

Recording Requested By:
HSBC MORTGAGE SERVICES

When Recorded Return To:

ASSIGNMENTS
HSBC MORTGAGE SERVICES
P.O. BOX 1422
BRANDON, FL 33509

## CORPORATE ASSIGNMENT OF MORTGAGE

Kennebec, Maine
SELLER'S SERVICING #:        "HALLEE"

MIN #: 100200100041129317  SIS #: 1-888-679-6377

Date of Assignment: February 23rd, 2016
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR REGIONS BANK "ITS SUCCESSORS AND ASSIGNS" at P.O. BOX 2026, FLINT, MI 48501-2026
Assignee: HOUSEHOLD FINANCE CORPORATION II at 636 GRAND REGENCY BLVD, BRANDON, FL 33510

Executed By: ALTON R HALLE A/K/A ALTON R. HALLEE AND MARION B GIDNEY  To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR REGIONS BANK "ITS SUCCESSORS AND ASSIGNS"
Date of Mortgage: 12/02/2003  Recorded: 12/17/2003  in Book/Reel/Liber: 7772 Page/Folio: 037 as Instrument No.: 044670  In the County of Kennebec, State of Maine.

Property Address: 71 CUSHNOC RD, VASSALBORO, ME 04989 in the municipality of VASSALBORO.

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $102,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR REGIONS BANK "ITS SUCCESSORS AND ASSIGNS"
On February 23rd, 2016

By: _____
JILL KINSELL, Assistant Secretary

STATE OF Florida
COUNTY OF Hillsborough

On February 23rd, 2016, before me, ANGELA JOHNSON, a Notary Public in and for Hillsborough in the State of Florida, personally appeared JILL KINSELL, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
ANGELA JOHNSON
Notary Expires: 12/16/2016  #EE858825



*DMS*DMSHSBI*02/23/2016 08 01 47 AM* HSBI02HSBIA00000000000(       * MEKENNE*        MESTATE_MORT_ASSIGN_ASSN **AMJHSBI*



EXHIBIT E