Recording Requested By:
FIRST AMERICAN MORTGAGE SOLUTIONS

And When Recorded Mail To:
FIRST AMERICAN MORTGAGE SOLUTIONS
4000 W. Metropolitan Dr.
Suite# 400
Orange, CA 92868

BK12748     PGS 146 - 146   10/17/2017 09:20:40 AM
INSTR#: 2017024718     ATTEST: BEVERLY BUSTIN-HATHEWAY
RECEIVED KENNEBEC SS    REGISTER OF DEEDS
eRecorded Document

_____ above for Recorder's use _____

MERS MIN#: 100200100041129317    PHONE#: **(888) 679-6377**
Customer#: **1/1**    Service#: 

Loan#: _____

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, **HOUSEHOLD FINANCE CORPORATION II, 636 GRAND REGENCY BLVD, BRANDON, FL 33510-0000**, hereby assign and transfer to **U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST, 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-0000**, all its right, title and interest in and to said Mortgage in the amount of **$102,000.00**, recorded in the State of **MAINE**, County of **KENNEBEC** Official Records, dated **DECEMBER 02, 2003** and recorded on **DECEMBER 17, 2003, as Instrument No. 044670, in Book No. 7772, at Page No. 037.**
Executed by: **ALTON R HALLE A/K/A ALTON R. HALLEE AND MARION B GIDNEY** (Original Mortgagor).
Original Mortgagee: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), AS NOMINEE FOR REGIONS BANK, ITS SUCCESSORS AND ASSIGNS.**

Date: OCTOBER 06, 2017
**HOUSEHOLD FINANCE CORPORATION II, BY CALIBER HOME LOANS, INC., AS ATTORNEY IN FACT**

By: _____
    **Roy Lacey, Authorized Signatory**

State of     **OKLAHOMA**       }
County of   **OKLAHOMA**       } ss.

On **OCTOBER 06, 2017**, before me, **Nancy Ortiz**, a Notary Public, personally appeared **Roy Lacey**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
Witness my hand and official seal.

_____
(Notary Name): Nancy Ortiz
My commission expires: 09/29/2020

Prepared By: **Caliber Home Loans, Inc.**
**13801 Wireless Way**
**Oklahoma City, OK 73134**
**RACHEL L STANFORD - CALIBER, (405) 608-2535**


EXHIBIT F