UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST<br><br>     Plaintiff<br><br>v.<br><br>BENJAMIN P. CAMPO, ESQ., SUCCESSOR SPECIAL ADMINISTRATOR OF THE ESTATE OF ALTON R. HALLEE, MARION B. GIDNEY, KEY BANK OF CENTRAL MAINE; AND MAINE STATE EMPLOYEES CREDIT UNION<br><br><br>    Defendants<br>CITIBANK (SOUTH DAKOTA), NA CENTRAL MAINE POWER COMPANY; AND NORTHERN NEW ENGLAND TELEPHONE OPERATIONS, LLC<br><br>    Parties-In-Interest | Civil Number: 1:19-cv-00337-JAW |

## CONSENT JUDGMENT OF FORECLOSURE AND SALE

**Address: 71 Cushnoc Road, Vassalboro, ME 04989**
**Mortgage: December 2, 2003, Book: 7772, Page:037**

Now comes the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master

Participation Trust, and the Defendant, Benjamin P. Campo, Esq., Successor

Special Administrator of the Estate of Alton R. Hallee, and hereby submit this

Consent Judgment of Foreclosure and Sale. Count II-Equitable Mortgage is hereby

**DISMISSED** without prejudiced at the request of Plaintiff.

I.   Judgment on Count I - Foreclosure is hereby **ENTERED** as follows:

1. If the Defendants or their heirs or assigns pay U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust ("U.S. Bank') the amount adjudged due and owing ($122,378.82) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.S. § 6322, U.S. Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Unpaid Principal Balance | $85,148.89 |
| Escrow Advances | $7,046.45 |
| Interest | $27,522.33 |
| Tax Balance | $960.00 |
| Insurance Balance | $1,701.15 |
| **Grand Total** | **$122,378.82** |

2. If the Defendants or their heirs or assigns do not pay U.S. Bank the amount adjudged due and owing ($122,378.82) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the Vassalboro Property shall terminate, U.S. Bank shall conduct a public sale of the Vassalboro Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $122,378.82 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324. U.S. Bank may not seek a deficiency judgment against the Defendants pursuant to the Plaintiff's waiver of deficiency at trial.

2

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $122,378.82.

5. The priority of interests is as follows:

    • U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust has first priority, in the amount of $122,378.82, pursuant to the subject Note and Equitable Mortgage.

    • Citibank (South Dakota), NA, who has been defaulted.

    • Central Maine Power Company and Northern New England Telephone
      Operations, LLC, who have been defaulted.

    • Marion B. Gidney, who has been defaulted.

    • Benjamin P. Campo, Esq., Successor Special Administrator of the Estate of
      Alton R. Hallee who has second priority behind the Plaintiff.

6. Entry of this Judgment also confirms the discharge of the Mortgage to Key Bank of        Central Maine in the amount of $7,000.00 recorded in the Kennebec County Registry        of Deeds in Book 2959, Page 175.

7. Entry of this Judgment also confirms the discharge of the Mortgage to Maine State        Employees Credit Union in the amount of $26,000.00

recorded in the Kennebec County Registry of Deeds in Book 3450, Page 311.

8  The prejudgment interest rate is 8.15000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. §1602-C.

9  The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust | John A. Doonan, Esq. Reneau J. Longoria, Esq. Doonan, Graves & Longoria, LLC 100 Cummings Center Suite 225D Beverly, MA 01915 |
| DEFENDANTS | Marion B. Gidney 71 Cushnoc Road Vassalboro, ME 04989 | Defaulted |
|  | 7 Dearborn Hill Court Vassalboro, ME 04989 |  |
|  | Benjamin P. Campo, Esq., Successor Special Administrator of the Estate of Alton R. Hallee | Benjamin P. Campo, Esq. DOUGLAS, MCDANIEL, & CAMPO, LLC 90 Bridge Street, Suite 100 Westbrook, ME 04092 |

| | | |
|---|---|---|
| | Key Bank of Central Maine<br>c/o Key Bank of Central<br>Maine<br>One Canal Plaza<br>Portland, ME 04112 | Defaulted |
| | Maine State Employees<br>Credit Union<br>200 Capitol Street<br>Augusta, ME 04330 | Defaulted |
| PARTIES-IN-<br>INTEREST | Citibank (South Dakota),<br>NA<br>701 East 60th Street North<br>Sioux Falls, SD 57104 | Defaulted |
| | Central Maine Power<br>Company<br>C/o Agent: Justin P. Atkins<br>One City Center, 5th Floor<br>Portland, ME 04101 | Defaulted |
| | Northern New England<br>Telephone Operations, LLC<br>c/o Cogency Global Inc.,<br>128 State Street, 3rd Floor<br>Augusta, ME 04330 | Defaulted |

a) The docket number of this case is No. 1:19-cv-00337-JAW.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 71 Cushnoc Road, Vassalboro, ME 04989, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 71 Cushnoc Road, Vassalboro, ME 04989. The Mortgage was executed by the Defendants on December 2, 2003. The book and page number of the Mortgage in the Kennebec Registry of Deeds is Book 7772, Page 037.

e) This judgment shall not create any personal liability on the part of Defendant, Benjamin P. Campo, Esq., Successor Special Administrator of the Estate of Alton R. Hallee, but shall act solely as an in rem judgment against the property, 71 Cushnoc Road, Vassalboro, ME 04989.

Dated: March 25, 2020

/s/John A. Doonan, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Dated: March 20, 2020

/s/Benjamin P. Campo, Esq.
Benjamin P. Campo, Esq.,
Successor Special Administrator of the
Estate of Alton R. Hallee
DOUGLAS, MCDANIEL, & CAMPO, LLC
90 Bridge Street, Suite 100
Westbrook, ME 04092

**SO ORDERED**

**Dated this 27th day of March, 2020**

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE